# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW T. MCNEVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-CV-270** |
| | ) | |
| **LT. WIANT, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on September 30, 2021. The matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate in the custody of Pennsylvania Department of Corrections, alleges that three named correctional officers and three John Doe correctional officers violated his Eighth Amendment rights by utilizing excessive force against him on March 17, 2020. Plaintiff also raises a state law claims of intentional infliction of emotional distress and negligence. Plaintiff seeks monetary damages, as well as injunctive relief, for his § 1983 and state law claims.

Defendants Dietrich, Wiant, and Winger filed a motion for summary judgment. ECF No. 36. On July 31, 2023, Judge Lanzillo issued a Report and Recommendation recommending that the motion for summary judgment filed by Defendants Dietrich, Wiant, and Winger be granted and claims against the John Doe Defendants be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

Objections to the Report and Recommendation were due by August 17, 2023. As of today's date, none have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the motion for summary judgment and other filings in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 30th day of August 2023;

IT IS ORDERED that the motion for summary judgment filed by Defendants Dietrich, Wiant, and Winger [ECF No. 36] is granted. Final judgment is entered in favor of these Defendants and against Plaintiff pursuant to Fed.R.Civ.P. 58.

IT IS FURTHER ORDERED that the claims against the unserved John Doe Defendants be dismissed pursuant to 28 U.S.C. § 1915(e)(2) due to Plaintiff's failure to state a claim of excessive force.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on July 31, 2023 [ECF No. 56] is adopted as the opinion of the court.

The Clerk is directed to mark this case "CLOSED."

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge